# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA KASH, | Case No. 2:16-cv-04312-BRO (AJWx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; CLUB GROUP LONG-TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive, | |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-04312-BRO (AJWx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

DATED: May 8, 2017

By: _____

Honorable Beverly R. O'Connell
United States District Court Judge

1

156243.1